(108 So. 111)

No. 27308.

## STATE v. FUTRELL.

(March 29, 1926.)

*(Syllabus by Editorial Staff.)*

Criminal law ⊜⇒268—Minutes of record as corrected, affirmatively showing accused was **not** present when his counsel waived arraignment and pleaded not guilty in his behalf, held ground for setting aside verdict and sentence and remanding case.

Minutes of record as corrected, affirmatively showing accused was not present when his counsel waived arraignment and pleaded not guilty in his behalf, *held* ground for setting aside verdict and sentence and remanding case.

Appeal from Ninth Judicial District Court, Parish of Grant; R. C. Culpepper, Judge.

On return of transcript after correction of minutes of lower court contradictorily with the State and the accused, the case having been remanded for such correction. 106 So. 651, 159 La. 1093. Verdict and sentence set aside, and case remanded.

John A. & R. P. Williams, of Lake Charles, and Clair H. McCain, of Colfax, for appellant.

Percy Saint, Atty. Gen., Percy T. Ogden, Asst. Atty. Gen., and Cleveland Dear, Dist. Atty., of Alexandria, for the State.

PER CURIAM. This case was remanded ex proprio motu "to afford the state an opportunity to correct the minutes contradictorily with the accused so as to show whether the accused was present when his counsel waived arraignment and to show further whether he was present on each day of the trial of the case, including the rendition of the verdict and passing of sentence." See 159 La. 1093, 106 So. 651.

The minutes, when thus corrected, show that the accused was present in person at all times when the case was on trial, from the calling thereof and the impaneling of the jury up to and including the rendition of the verdict, and also when sentence was passed upon him; but they also show affirmatively that he was not present when his counsel waived arraignment and pleaded not guilty in his behalf.

The verdict and sentence herein are therefore set aside, and the case is now remanded for due arraignment of the accused and for further proceedings according to law.